Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RACHEL CHRISTINA MILLER

*IT IS SO ORDERED*
*Judge James Ware*
11/4/2009

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RACHEL CHRISTINA MILLER,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>CRISTO ARMSTRONG POWERS, INC., D/B/A INTERNATIONAL RECOVERY SYSTEMS, a California corporation,<br><br>　　　　　　　Defendant. | Case No. C09-02505-JW-PVT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, RACHEL CHRISTINA MILLER, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, RACHEL CHRISTINA MILLER, hereby dismisses, with prejudice, all claims made by her against Defendant, CRISTO ARMSTRONG POWERS, INC., D/B/A INTERNATIONAL RECOVERY SYSTEMS, in her Complaint filed herein on June 5, 2009.  Plaintiff further notifies the Court that her dispute with Defendant has been settled.

Dated:  November 2, 2009 　　　　　　　　　　　　　　　　/s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RACHEL CHRISTINA MILLER

**IT IS SO ORDERED:**
The Court terminates any remaining pending deadlines, hearings or motions. Clerk shall close this file.

Dated: November 4, 2009　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge